1 | KEVIN V. RYAN (CSBN 118321)
United States Attorney

2

3 | EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

4 | MARK L. KROTOSKI (CSBN 138549)
Assistant United States Attorney

5

6 | 150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5035

7 | Facsmile:   (408) 535-5066

8 | Attorneys for Plaintiff

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

SAN JOSE DIVISION

12 | *E-FILED - 10/3/05*

13

UNITED STATES OF AMERICA,                     )          No. CR 05-00445-RMW

14 |                                              )
            Plaintiff,                           )          STIPULATION REGARDING

15 |                                              )          EXCLUDABLE TIME, CONTINUANCE
       v.                                        )          AND ORDER

16 |                                              )
                                                 )
CHIRAYU PATEL,                                   )

17 |    aka nebula, aka nebwrk, aka aluben,        )
       aka notneb, aka aluben,                   )

18 |                                              )
            Defendant.                           )

19 | _____ )

20 |    It is hereby stipulated and agreed between defendant Chirayu Patel, and his counsel Jesse

21 | Garcia, and the United States as follows:

22 |    This matter was set for a status conference on September 26, 2005 at 9:00 a.m.  In this

23 | copyright infringement case, the defense needs more time to prepare, review discovery

24 | previously provided, including a substantial amount of digital evidence, and research legal and

25 | sentencing issues.  On July 14, 2005, defendant Garcia was arraigned on a nine-count

26 | indictment, charging as follows:  Count One:  Conspiracy to Commit Criminal Copyright

27 | Infringement, Infringement By Electronic Means, Infringement By Distributing A Commercial

28 | Distribution Work, Traffic in Devices to Circumvent a  Technological Measure that Protects a

STIPULATION REGARDING EXCLUDABLE TIME AND ORDER
CR 05-00445-RMW

1  Copyright Work, Circumvent a  Technological Measure that Protects a Copyright Work, and Use

2  Audiovisual Recording Devices to Make Unauthorized Copies Of Audiovisual Works, in

3  violation of 18 U.S.C. § 371; Count Two:  Circumventing a  Technological Measure Protecting a

4  Copyright Work and Aiding and Abetting, in violation of 17 U.S.C. §§ 1201(a)(1)(A),

5  1204(a)(1), and 18 U.S.C. § 2; Counts Three, Four and Five:  Trafficking in Technology

6  Primarily Designed to Circumvent  Technological Measures Protecting A Right of a Copyright

7  Owner and Aiding and Abetting, in violation of 17 U.S.C. §§ 1201(a)(2)(A), and 1204(a)(1) and

8  18 U.S.C. § 2; Counts Six, Seven, Eight and Nine:  Criminal Copyright Infringement By

9  Electronic Means and Aiding and Abetting, in violation of 17 U.S.C. § 506(a)(1)(B), 18  U.S.C.

10  § 2319(c)(1) and 18 U.S.C. § 2; and an allegation of Criminal Forfeiture and Destruction, in

11  violation of 17 U.S.C. §§ 506(b) and 509(a).

12      The parties stipulate and move the Court to exclude time under the Speedy Trial Act from the

13  September 26, 2005, until October 3, 2005, because the parties believe that the ends of justice

14  served by the granting of such a continuance outweigh the best interests of the public and the

15  defendant in a speedy trial, particularly since reasonable time is needed for the defense to

16  prepare for pretrial and trial matters, pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(ii).

17  The parties further stipulate that time may be excluded for reasonable time for defense

18  preparation, since the failure to exclude time would deny counsel for the defendant reasonable

19  time necessary for effective preparation, taking into account the exercise of due diligence,

20  // // //

21  // // //

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME AND ORDER
CR 05-00445-RMW                           Page 2 of  4

1  pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(iv).  The parties request that the status

2  conference set for September 26, 2005 be continued to October 3, 2005 at 9:00 a.m.

3      So stipulated.

4  Dated: September 23, 2005                          KEVIN V. RYAN
                                                       United States Attorney

5
                                                            /s/
6                                                  _____

                                                   MARK L. KROTOSKI
7                                                  Assistant United States Attorney

8      So stipulated.

9  Dated: September 22, 2005
                                                            /s/
10                                                 _____

                                                   JESSE J. GARCIA
11                                                 Attorney for Defendant Lovell

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

# **ORDER**

2    Based upon the foregoing Stipulation and good cause appearing therefor,

3    **IT IS HEREBY ORDERED** that the status conference set for September 26, 2005 at 9:00

4  a.m. for defendant Patel shall be continued to October 3, 2005 at 9:00 a.m.

5    **IT IS FURTHER ORDERED** that the time between September 26, 2005 and October 3,

6  2005 shall be excluded from the computation period within which the trial must commence, for

7  the reasons and based upon the statutory provisions set forth by the parties in this Stipulation,

8  including that time is needed for effective defense preparation..  The Court finds that the ends of

9  justice outweigh the interests of the public and the parties in a speedier trial under 18 U.S.C. §§

10  3161(h)(8)(A), 3161(h)(8)(B)(ii) (complexity), 3161(h)(8)(B)(iv) (reasonable time necessary for

11  effective preparation taking into account the exercise of due diligence).

12  DATED:  October 3, 2005

13                                          /s/ Ronald M. Whyte
                                   _____
14                                          RONALD M. WHYTE
                                   United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28