

COURTESY COPY

e-FILED 2/10/06

GARCIA, SCHNAYERSON & MOCKUS
ATTORNEYS AT LAW
225 West Winton Avenue
Suite 208
Hayward, California 94544
Telephone: (510) 887-7445

JESSE J. GARCIA
Attorney for Defendant
CHIRAYU PATEL



FILED FEB 15 2006
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CHIRAYU PATEL, ) <br> ) <br> Defendant. ) <br> ) | CR. 05-00445-2 RMW <br><br> TRAVEL ORDER |

IT IS HEREBY ORDERED that the defendant be permitted to travel to Vadodara, India, leaving February 24, 2006, and returning on March 19, 2006. It is further stipulated that Pre-trial Services may release Defendant's passport to him for the purposes of this travel and such passport is to be surrendered to Pre-trial Services upon his return.

Assistant United States Attorney, Mark L. Krotoski, and Paul Manrio of Pretrial Services have been notified and have no objection.

Mr. Patel has provided Pre Trial Services with an

address and telephone number of where he will be staying, as well as a copy of his flight itinerary.

Dated: 2/15/06

Patricia V. Trumbull
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT