KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MARK L. KROTOSKI (CSBN 138549)
Assistant United States Attorney

   150 Almaden Avenue, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5035
   FAX: (408) 535-5081

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 3/1/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00445-RMW |
|    Plaintiff, | |
| v. | STIPULATION TO CONTINUE SENTENCING HEARING |
| CHIRAYU PATEL,<br>   aka nebula, aka nebwrk, aka aluben,<br>   aka notneb, aka aluben, | |
|    Defendant. | |

   It is hereby stipulated and agreed between defendant Chirayu Patel, by and through his counsel of record, Jessie Garcia, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

   1. This matter is presently set for a sentencing hearing on February 27, 2006 at 1:30 p.m.

   2. The Probation Officer has indicated that further time is needed to address sentencing issues, including the amount of loss.

   3. The parties do not oppose this request for further time to prepare the Presentence Report.

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND ORDER
CR 05-00445-RMW

1  For the foregoing reasons, and that the ends of justice are served by continuing this case, the parties stipulate and request to a continuance of the sentencing hearing from February 27, 2006 at 9:00 a.m. to May 8, 2006 at 9:00 a.m., or the next available date.

IT IS SO STIPULATED.

Dated: February 23, 2006

KEVIN V. RYAN
United States Attorney

/S/
_____
MARK L. KROTOSKI
Assistant United States Attorney

Dated: February 23, 2006

/S/
_____
JESSIE GARCIA
Attorney for Defendant

IT IS SO ORDERED.

Upon good cause shown, the sentencing hearing is continued from February 27, 2006 at 9:00 a.m. to May 8, 2006 at 9:00 a.m.

Dated: March 1, 2006

/S/ RONALD M. WHYTE
_____
RONALD M. WHYTE
United States District Judge

Distribute To:

Jesse J. Garcia
Garcia, Schnayerson & Mockus
225 West Winton
Suite 208
Hayward, CA 94544-1219
FAX: (510) 782-7580

Mark L. Krotoski
AUSA
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

Jack Roberson
U.S. Probation Officer
280 South First Street
San Jose, CA 95113