1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division
4  MARK L. KROTOSKI (CSBN 138549)
   Assistant United States Attorney
5
     150 Almaden Avenue, Suite 900
6    San Jose, California 95113
     Telephone: (408) 535-5035
7    FAX: (408) 535-5081

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                           SAN JOSE DIVISION
12
                                                    *E-FILED - 4/13/06*
13

14  UNITED STATES OF AMERICA,              )    No. CR 05-00445-RMW
                                           )
15        Plaintiff,                       )
                                           )    STIPULATION TO CONTINUE
16     v.                                  )    SENTENCING HEARING
                                           )    AND ORDER
17  CHIRAYU PATEL,                         )
        aka nebula, aka nebwrk, aka aluben,)
18      aka notneb, aka aluben,            )
                                           )
19        Defendant.                       )
                                           )
20
       It is hereby stipulated and agreed between defendant Chirayu Patel, by and through his
21
   counsel of record, Jessie Garcia, Esq., and the United States, by and through Assistant United
22
   States Attorney Mark L. Krotoski, as follows:
23
       1. This matter is presently set for a sentencing hearing on May 8, 2006 at 9:00 a.m.
24
       2. The Probation Officer has indicated that further time is needed to address sentencing
25
   issues, including the amount of loss. Additionally, the terms of the plea agreement continue to
26
   apply.
27
       3. The parties do not oppose this request for further time to prepare the Presentence Report.
28

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND ORDER
CR 05-00445-RMW

1  For the foregoing reasons, and that the ends of justice are served by continuing this case, the
2  parties stipulate and request to a continuance of the sentencing hearing from May 8, 2006 at 9:00
3  a.m. to August 14, 2006 at 9:00 a.m., or the next available date.

4  IT IS SO STIPULATED.

5  Dated: March 31, 2006                              KEVIN V. RYAN
                                                      United States Attorney

7                                                     /s/
                                                      _____
8                                                     MARK L. KROTOSKI
                                                      Assistant United States Attorney

9  Dated: March 31, 2006
10                                                    /s/
                                                      _____
11                                                    JESSIE GARCIA
                                                      Attorney for Defendant

13  IT IS SO ORDERED.
14  Upon good cause shown, the sentencing hearing is continued from May 8, 2006 at 9:00 a.m.
15  to August 14, 2006 at 9:00 a.m.

16  Dated: April 13 2006

17                                                     /s/ Ronald M. Whyte
                                                       _____
18                                                     RONALD M. WHYTE
                                                       United States District Judge

19  Distribute To:

21  Jesse J. Garcia
    Garcia, Schnayerson & Mockus
    225 West Winton
22  Suite 208
    Hayward, CA 94544-1219
23  FAX: (510) 782-7580

24  Mark L. Krotoski
    AUSA
25  150 Almaden Boulevard, Suite 900
    San Jose, CA 95113

27  Jack Roberson
    U.S. Probation Officer
    280 South First Street
28  San Jose, CA 95113

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING ANDORDER
CR 05-00445-RMW                          Page 2 of  2