1  GARCIA, SCHNAYERSON & MOCKUS
   ATTORNEYS AT LAW
2  225 West Winton Avenue
   Suite 208
3  Hayward, California 94544
   Telephone:  (510) 887-7445
4

5  JESSE J. GARCIA
   Attorney for Defendant
6  CHIRAYU PATEL

7
                    UNITED STATES DISTRICT COURT
8                  NORTHERN DISTRICT OF CALIFORNIA

9
                                          *E-FILED - 5/15/06*
10 THE UNITED STATES OF AMERICA,   )
                                   )   CR. 05-00445-2 RMW
11            Plaintiff,           )
                                   )
12 vs.                             )   TRAVEL ORDER
                                   )
13 CHIRAYU PATEL,                  )
                                   )
14            Defendant.           )
   _____  )
15

16      IT IS HEREBY ORDERED that the defendant be permitted to

17 travel to Gujarat, India, leaving May 19, 2006, and returning

18 on June 29, 2006, to attend his best friend's wedding, and

19 accompany his brother in law back to the United States. It is

20 further stipulated that Pre-trial Services may release

21 Defendant's passport to him for the purposes of this travel

22 and such passport is to be surrendered to Pre-trial Services

23 upon his return.

24      Assistant United States Attorney, Mark L. Krotoski, and

25 Paul Manrio of Pretrial Services have been notified and have

26 no objection.

27      Mr. Patel has provided Pre Trial Services with an

28 address and telephone number of where he will be staying, as

well as a copy of his flight itinerary.

Dated: 5/15/06

                                      /S/ RONALD M. WHYTE
                                      UNITED STATES DISTRICT JUDGE