KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MARK L. KROTOSKI (CSBN 138549)
Assistant United States Attorney

   150 Almaden Avenue, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5035
   FAX: (408) 535-5081

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 5/24/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WILLIAM VEYNA, ) <br>   aka guyzzz, aka _-_-_-_, aka 1010101, ) <br>   aka 5555, aka i_love_dact, aka 8675309, ) <br> ) <br>    Defendant. ) <br> _____) | No. CR 05-00445-RMW <br><br> STIPULATION TO CONTINUE <br> SENTENCING HEARING <br>  AND ORDER |

   It is hereby stipulated and agreed between defendant William Veyna, by and through his counsel of record, David Kenner, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

   1.  This matter is presently set for a sentencing hearing on August 14, 2006 at 9:00 a.m.

   2.  The parties agree that further time is needed to address sentencing issues and that the terms of the plea agreement continue to apply.

   For the foregoing reasons, and that the ends of justice are served by continuing this case, the parties stipulate and request to a continuance of the sentencing hearing from August 14, 2006 at

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND  ORDER
CR 05-00445-RMW

9:00 a.m. to September 25, 2006 at 9:00 a.m., or the next available date.

IT IS SO STIPULATED.

Dated: May __, 2006                                KEVIN V. RYAN
                                                   United States Attorney


                                                   _____
                                                   MARK L. KROTOSKI
                                                   Assistant United States Attorney

Dated: May __, 2006


                                                   _____
                                                   DAVID KENNER
                                                   Attorney for Defendant

IT IS SO ORDERED.

Upon good cause shown, the sentencing hearing is continued from August 14, 2006 at 9:00 a.m. to September 25, 2006 at 9:00 a.m.

Dated: May 24, 2006

                                                   /S/ RONALD M. WHYTE
                                                   _____
                                                   RONALD M. WHYTE
                                                   United States District Judge

Distribute To:

David Kenner, Esq.
16000 Ventura Boulevard, Suite 1208
Encino, CA 91436-1851
FAX: (818) 475-5369

Mark L. Krotoski
AUSA
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

Jack Roberson
U.S. Probation Officer
280 South First Street
San Jose, CA 95113