1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division
4  MARK L. KROTOSKI (CSBN 138549)
   Assistant United States Attorney
5
6    150 Almaden Avenue, Suite 900
     San Jose, California 95113
     Telephone: (408) 535-5035
7    FAX: (408) 535-5081
8  Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN JOSE DIVISION
12                                         *E-FILED - 5/25/06*
13
14  UNITED STATES OF AMERICA,        )    No. CR 05-00445-RMW
                                     )
15         Plaintiff,                )
                                     )
16  v.                               )    STIPULATION TO CONTINUE
                                     )    SENTENCING HEARING
17  CHIRAYU PATEL,                   )     AND ORDER
        aka nebula, aka nebwrk, aka aluben,  )
18      aka notneb, aka aluben,      )
                                     )
19         Defendant.                )
                                     )
20 _____
21      It is hereby stipulated and agreed between defendant Chirayu Patel, by and through his

22  counsel of record, Jessie Garcia, Esq., and the United States, by and through Assistant United

23  States Attorney Mark L. Krotoski, as follows:

24      1.   This matter is presently set for a sentencing hearing on August 14, 2006 at 9:00 a.m.

25      2.   The parties agree that further time is needed to address sentencing issues and that the

26  terms of the plea agreement continue to apply.

27      For the foregoing reasons, and that the ends of justice are served by continuing this case, the

28  parties stipulate and request to a continuance of the sentencing hearing from August 14, 2006 at

1    9:00 a.m. to September 25, 2006 at 9:00 a.m., or the next available date.

2        IT IS SO STIPULATED.

3    Dated: May __, 2006                          KEVIN V. RYAN
                                                  United States Attorney
4

5

6                                                _____
                                                 MARK L. KROTOSKI
7                                                Assistant United States Attorney

     Dated: May __, 2006
8

9                                                _____
                                                 JESSIE GARCIA
10                                               Attorney for Defendant

11       IT IS SO ORDERED.

12       Upon good cause shown, the sentencing hearing is continued from from August 14, 2006 at

13   9:00 a.m. to September 25, 2006 at 9:00 a.m.

14   Dated: May 25, 2006

15                                                /S/ RONALD M. WHYTE
                                                 _____
16                                               RONALD M. WHYTE
                                                 United States District Judge
17
     Distribute To:
18
     Jesse J. Garcia
19   Garcia, Schnayerson & Mockus
     225 West Winton
20   Suite 208
     Hayward, CA 94544-1219
21   FAX:  (510) 782-7580

22   Mark L. Krotoski
     AUSA
23   150 Almaden Boulevard, Suite 900
     San Jose, CA 95113
24
     Jack Roberson
25   U.S. Probation Officer
     280 South First Street
26   San Jose, CA 95113

27

28

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND ORDER
CR 05-00445-RMW                    Page 2 of  2