1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4  150 Almaden Avenue, Suite 900
   San Jose, California 95113
5  Telephone: (408) 535-5035
   FAX: (408) 535-5081
6  E-Mail: Mark.Krotoski@usdoj.gov

7  Attorneys for Plaintiff

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11
                                              *E-FILED - 9/21/06*
12

13 UNITED STATES OF AMERICA,         )   No. CR 05-00445-RMW
                                     )
14      Plaintiff,                   )
                                     )   STIPULATION TO CONTINUE
15   v.                              )   SENTENCING HEARING
                                     )   AND ORDER
16 CHIRAYU PATEL,                    )
       aka nebula, aka nebwrk, aka aluben, )
17     aka notneb, aka aluben,       )
                                     )
18      Defendant.                   )
                                     )
19

20    It is hereby stipulated and agreed between defendant Chirayu Patel, by and through his

21 counsel of record, Jessie Garcia, Esq., and the United States, by and through Assistant United

22 States Attorney Mark L. Krotoski, as follows:

23    1. This matter is presently set for a sentencing hearing on September 25, 2006 at 9:00 a.m.

24    2. The parties agree that further time is needed to address sentencing issues and that the

   terms of the plea agreement continue to apply.
25
      3. For the foregoing reasons, and that the ends of justice are served by continuing this case,
26
   the parties stipulate and request to a continuance of the sentencing hearing from September 25,
27
   2006 at 9:00 a.m. to November 13, 2006 at 9:00 a.m., or the next available date.
28

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND ORDER
CR 05-00445-RMW

1 | IT IS SO STIPULATED.

2 | Dated: September 14, 2006 | KEVIN V. RYAN
  |                          | United States Attorney

/s/
_____
MARK L. KROTOSKI
Assistant United States Attorney

Dated: September 14, 2006

/s/
_____
JESSE GARCIA
Attorney for defendant Patel

IT IS SO ORDERED.

Upon good cause shown, the sentencing hearing is continued from September 25, 2006 at 9:00 a.m. to November 13, 2006 at 9:00 a.m.

Dated: September 21, 2006

/s/ Ronald M. Whyte
_____
RONALD M. WHYTE
United States District Judge

Distribute To:

Jesse J. Garcia
Garcia, Schnayerson & Mockus
225 West Winton
Suite 208
Hayward, CA 94544-1219
FAX: (510) 782-7580

Mark L. Krotoski
AUSA
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

Jack Roberson
U.S. Probation Officer
280 South First Street
San Jose, CA 95113

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND ORDER
CR 05-00445-RMW          Page 2 of 2