```
1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4
     150 Almaden Avenue, Suite 900
5    San Jose, California 95113
     Telephone: (408) 535-5035
6    FAX: (408) 535-5081
     E-Mail: Mark.Krotoski@usdoj.gov

7  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 9/21/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00445-RMW |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER |
| CHIRAYU PATEL,<br>  aka nebula, aka nebwrk, aka aluben,<br>  aka notneb, aka aluben, | |
| Defendant. | |

It is hereby stipulated and agreed between defendant Chirayu Patel, by and through his counsel of record, Jessie Garcia, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

1. This matter is presently set for a sentencing hearing on September 25, 2006 at 9:00 a.m.

2. The parties agree that further time is needed to address sentencing issues and that the terms of the plea agreement continue to apply.

3. For the foregoing reasons, and that the ends of justice are served by continuing this case, the parties stipulate and request to a continuance of the sentencing hearing from September 25, 2006 at 9:00 a.m. to November 13, 2006 at 9:00 a.m., or the next available date.

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND  ORDER
CR 05-00445-RMW

1   IT IS SO STIPULATED.

2   Dated: September 14, 2006                    KEVIN V. RYAN
                                                  United States Attorney
3

4                                                          /s/
                                                  _____
5                                                 MARK L. KROTOSKI
                                                  Assistant United States Attorney
6
    Dated: September 14, 2006
7                                                          /s/
                                                  _____
8                                                 JESSE GARCIA
                                                  Attorney for defendant Patel
9
    IT IS SO ORDERED.
10
    Upon good cause shown, the sentencing hearing is continued from September 25, 2006 at
11
    9:00 a.m. to November 13, 2006 at 9:00 a.m.
12

13  Dated: September 21, 2006

14
                                                   /s/ Ronald M. Whyte
15                                                _____
                                                  RONALD M. WHYTE
                                                  United States District Judge
16
    Distribute To:
17
    Jesse J. Garcia
18  Garcia, Schnayerson & Mockus
    225 West Winton
19  Suite 208
    Hayward, CA 94544-1219
20  FAX: (510) 782-7580

21  Mark L. Krotoski
    AUSA
22  150 Almaden Boulevard, Suite 900
    San Jose, CA 95113
23
    Jack Roberson
24  U.S. Probation Officer
    280 South First Street
25  San Jose, CA 95113

26

27

28

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND ORDER
CR 05-00445-RMW                    Page 2 of 2