1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4
   150 Almaden Avenue, Suite 900
   San Jose, California 95113
5  Telephone: (408) 535-5035
   FAX: (408) 535-5081
6  E-Mail: Mark.Krotoski@usdoj.gov

7  Attorneys for Plaintiff

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                           SAN JOSE DIVISION
11
                                                *E-FILED - 10/17/06*
12

13 | UNITED STATES OF AMERICA,         )   No. CR 05-00445-RMW
                                       )
14 |     Plaintiff,                    )
                                       )   STIPULATION TO CONTINUE
15 | v.                                )   SENTENCING HEARING  AND
                                       )              ORDER
16 | CHIRAYU PATEL,                    )
        aka nebula, aka nebwrk, aka aluben,   )
17      aka notneb, aka aluben,        )
                                       )
18 |     Defendant.                    )
                                       )
19

20     It is hereby stipulated and agreed between defendant Chirayu Patel, by and through his

21 counsel of record, Jessie Garcia, Esq., and the United States, by and through Assistant United

22 States Attorney Mark L. Krotoski, as follows:

23     1. This matter is presently set for a sentencing hearing on November 13, 2006 at 9:00 a.m.

24     2. The parties agree that further time is needed to address sentencing issues and that the

25 terms of the plea agreement continue to apply.

26     3. For the foregoing reasons, and that the ends of justice are served by continuing this case,

27 the parties stipulate and request to a continuance of the sentencing hearing from November 13,

28 2006 at 9:00 a.m. to February 5, 2007 at 9:00 a.m., or the next available date.

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [] ORDER
CR 05-00445-RMW

1 | IT IS SO STIPULATED.

2 | Dated: October 5, 2006 | KEVIN V. RYAN
  |                        | United States Attorney

3

4 | | /s/

5 | | _____
  | | MARK L. KROTOSKI
  | | Assistant United States Attorney

6

7 | Dated: October 5, 2006 | /s/

8 | | _____
  | | JESSE GARCIA
  | | Attorney for defendant Patel

9

10 | IT IS SO ORDERED.

11 | Upon good cause shown, the sentencing hearing is continued from November 13, 2006 at 9:00 a.m. to February 5, 2007 at 9:00 a.m.

12

13 | Dated: October 17, 2006

14

15 | | /s/ Ronald M. Whyte
   | | _____
   | | RONALD M. WHYTE
   | | United States District Judge

16 | Distribute To:

17

18 | Jesse J. Garcia
   | Garcia, Schnayerson & Mockus
   | 225 West Winton
19 | Suite 208
   | Hayward, CA 94544-1219
20 | FAX: (510) 782-7580

21 | Mark L. Krotoski
   | AUSA
22 | 150 Almaden Boulevard, Suite 900
   | San Jose, CA 95113

23

24 | Joshua Sparks
   | U.S. Probation Officer
   | 280 South First Street
25 | San Jose, CA 95113

26

27

28