KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

150 Almaden Avenue, Suite 900
San Jose, California 95113
Telephone: (408) 535-5035
FAX: (408) 535-5081
E-Mail: Mark.Krotoski@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 1/22/07*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHIRAYU PATEL, ) <br>  aka nebula, aka nebwrk, aka aluben, ) <br>  aka notneb, aka aluben, ) <br> ) <br> Defendant. ) <br> ) | No. CR 05-00445-RMW <br><br> STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER |

It is hereby stipulated and agreed between defendant Chirayu Patel, by and through his counsel of record, Jessie Garcia, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

1. This matter is presently set for a sentencing hearing on February 5, 2007 at 9:00 a.m.

2. The parties agree that further time is needed to address sentencing issues and that the terms of the plea agreement continue to apply.

3. For the foregoing reasons, and that the ends of justice are served by continuing this case, the parties stipulate and request to a continuance of the sentencing hearing from February 5, 2007 at 9:00 a.m. to March 19, 2007 at 9:00 a.m., or the next available date.

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [] ORDER
CR 05-00445-RMW

| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED. | |
| 2 | Dated: January 19, 2007 | KEVIN V. RYAN<br>United States Attorney |
| 4 | | /s/ |
| 5 | | MARK L. KROTOSKI<br>Assistant United States Attorney |
| 6 | Dated: January 17, 2007 | |
| 7 | | /s/ |
| 8 | | JESSE GARCIA<br>Attorney for defendant Patel |

IT IS SO ORDERED.

Upon good cause shown, the sentencing hearing is continued from February 5, 2007 at 9:00 a.m. to March 19, 2007 at 9:00 a.m.

Dated: January __22__, 2007

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Distribute To:

Jesse J. Garcia
Garcia, Schnayerson & Mockus
225 West Winton
Suite 208
Hayward, CA 94544-1219
FAX: (510) 782-7580

Mark L. Krotoski
AUSA
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

Jack Roberson
U.S. Probation Officer
280 South First Street
San Jose, CA 95113