| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 9990)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CSBN 138549)<br>Chief, Criminal Division |
| 4 | 150 Almaden Avenue, Suite 900<br>San Jose, California 95113 |
| 5 | Telephone: (408) 535-5035<br>FAX: (408) 535-5081 |
| 6 | E-Mail: Mark.Krotoski@usdoj.gov |
| 7 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 3/22/07*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00445-RMW |
| Plaintiff, | ) | |
| v. | ) | STIPULATION TO CONTINUE<br>SENTENCING HEARING<br>AND ORDER |
| CHIRAYU PATEL,<br>    aka nebula, aka nebwrk, aka aluben,<br>    aka notneb, aka aluben, | ) ) ) | |
| Defendant. | ) | |

It is hereby stipulated and agreed between defendant Chirayu Patel, by and through his counsel of record, Jessie Garcia, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

1. This matter is presently set for a sentencing hearing on March 19, 2007 at 9:00 a.m.

2. The parties agree that further time is needed to address sentencing issues and that the terms of the plea agreement continue to apply.

3. For the foregoing reasons, and that the ends of justice are served by continuing this case, the parties stipulate and request to a continuance of the sentencing hearing from March 19, 2007 at 9:00 a.m. to April 30, 2007 at 9:00 a.m., or the next available date.

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND  ORDER
CR 05-00445-RMW

| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED. | |
| 2 | Dated: March 14, 2007 | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | | |
| 4 | | /s/ |
| 5 | | _____<br>MARK L. KROTOSKI<br>Assistant United States Attorney |
| 6 | | |
| 7 | Dated: March 14, 2007 | /s/ |
| 8 | | _____<br>JESSE GARCIA<br>Attorney for defendant Patel |

IT IS SO ORDERED.

Upon good cause shown, the sentencing hearing is continued from March 19, 2007 at 9:00 a.m. to April 30, 2007 at 9:00 a.m.

Dated: March 22, 2007

*Ronald M. Whyte*
_____
RONALD M. WHYTE
United States District Judge

Distribute To:

Jesse J. Garcia
Garcia, Schnayerson & Mockus
225 West Winton
Suite 208
Hayward, CA 94544-1219
FAX: (510) 782-7580

Mark L. Krotoski
AUSA
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

Jack Roberson
U.S. Probation Officer
280 South First Street
San Jose, CA 95113