SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

150 Almaden Avenue, Suite 900
San Jose, California 95113
Telephone: (408) 535-5035       **E-FILED 4/25/07**
FAX: (408) 535-5081
E-Mail: Mark.Krotoski@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00445-RMW |
| Plaintiff, ) | |
| v. ) | STIPULATION TO CONTINUE SENTENCING HEARING |
| CHIRAYU PATEL, ) aka nebula, aka nebwrk, aka aluben, ) aka notneb, aka aluben, ) | |
| Defendant. ) | |

It is hereby stipulated and agreed between defendant Chirayu Patel, by and through his counsel of record, Jessie Garcia, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

1. This matter is presently set for a sentencing hearing on April 30, 2007 at 9:00 a.m.

2. The parties agree that further time is needed to address sentencing issues and that the terms of the plea agreement continue to apply.

3. For the foregoing reasons, and that the ends of justice are served by continuing this case, the parties stipulate and request to a continuance of the sentencing hearing from April 30, 2007 at 9:00 a.m. to June 18, 2007 at 9:00 a.m., or the next available date.

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [PROPOSED] ORDER
CR 05-00445-RMW

| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED. | |
| 2 | Dated: April 9, 2007 | SCOTT N. SCHOOLS<br>United States Attorney |

/s/
_____
MARK L. KROTOSKI
Assistant United States Attorney

Dated: April 9, 2007

/s/
_____
JESSE GARCIA
Attorney for defendant Patel

IT IS SO ORDERED.

Upon good cause shown, the sentencing hearing is continued from April 30, 2007 at 9:00 a.m. to June 18, 2007 at 9:00 a.m.

Dated: April 25, 2007

/s/ Ronald M. Whyte
_____
RONALD M. WHYTE
United States District Judge

Distribute To:

Jesse J. Garcia
Garcia, Schnayerson & Mockus
225 West Winton
Suite 208
Hayward, CA 94544-1219
FAX: (510) 782-7580

Mark L. Krotoski
AUSA
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

Joshua Sparks
U.S. Probation Officer
280 South First Street
San Jose, CA 95113