1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4     150 Almaden Avenue, Suite 900
      San Jose, California 95113
5     Telephone: (408) 535-5035
      FAX: (408) 535-5081
6     E-Mail: Mark.Krotoski@usdoj.gov

7  Attorneys for Plaintiff

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11                                                    ***E-FILED - 7/25/07***

12

13  UNITED STATES OF AMERICA,        )   No. CR 05-00445-RMW
                                     )
14       Plaintiff,                  )
                                     )   STIPULATION TO CONTINUE
15       v.                          )   SENTENCING HEARING
                                     )     *AND ORDER*
16  CHIRAYU PATEL,                   )
       aka nebula, aka nebwrk, aka aluben, )
17     aka notneb, aka aluben,       )
                                     )
18       Defendant.                  )
                                     )

19
       It is hereby stipulated and agreed between defendant Chirayu Patel, by and through his
20
   counsel of record, Jessie Garcia, Esq., and the United States, by and through Assistant United
21
   States Attorney Mark L. Krotoski, as follows:
22
       1. This matter is presently set for a sentencing hearing on August 13, 2007 at 9:00 a.m.
23
       2. The parties agree that further time is needed to address sentencing issues and that the
24
   terms of the plea agreement continue to apply.
25
       3. For the foregoing reasons, and that the ends of justice are served by continuing this case,
26
   the parties stipulate and request to a continuance of the sentencing hearing from August 13, 2007
27
    at 9:00 a.m. to October 15, 2007 at 9:00 a.m., or the next available date.
28

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND ] ORDER
CR 05-00445-RMW

| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED. | |
| 2 | Dated: June 25, 2007 | SCOTT N. SCHOOLS<br>United States Attorney |
| 4 | | /s/ |
| 5 | | MARK L. KROTOSKI<br>Assistant United States Attorney |
| 6 | Dated: June 25, 2007 | |
| 7 | | /s/ |
| 8 | | JESSE GARCIA<br>Attorney for defendant Patel |

IT IS SO ORDERED.

Upon good cause shown, the sentencing hearing is continued from August 13, 2007 at 9:00 a.m. to October 15, 2007 at 9:00 a.m.

Dated: July 25, 2007

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Distribute To:

Jesse J. Garcia
Garcia, Schnayerson & Mockus
225 West Winton
Suite 208
Hayward, CA 94544-1219
FAX: (510) 782-7580

Mark L. Krotoski
AUSA
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

Jack Roberson
U.S. Probation Officer
280 South First Street
San Jose, CA 95113