```
 1  SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney
 2
    BRIAN STRETCH (CSBN 163973)
 3  Chief, Criminal Division

 4  MARK L. KROTOSKI (CASBN 138549)
    Assistant U.S. Attorney
 5
        1301 New York Avenue, Suite 600
 6      Washington, D.C. 20530-0016
        Telephone: (202) 307-6389
 7      Facsimile: (202) 514-6113
        E-Mail: Mark.Krotoski@usdoj.gov
 8
 9  Attorneys for Plaintiff
10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                           SAN JOSE DIVISION
13                                              *E-FILED - 9/19/07*
14
15  UNITED STATES OF AMERICA,       )  No. CR 05-00445-RMW
                                    )
16       Plaintiff,                 )
                                    )  STIPULATION TO CONTINUE
17       v.                         )  SENTENCING HEARING
                                    )  AND ORDER
18  CHIRAYU PATEL,                  )
        aka nebula, aka nebwrk, aka aluben,
19      aka notneb, aka aluben,     )
                                    )
20       Defendant.                 )
                                    )
21
        It is hereby stipulated and agreed between defendant Chirayu Patel, by and through his
22
    counsel of record, Jessie Garcia, Esq., and the United States, by and through Assistant United
23
    States Attorney Mark L. Krotoski, as follows:
24
        1. This matter is presently set for a sentencing hearing on October 15, 2007 at 9:00 a.m.
25
        2. The parties agree that further time is needed to address sentencing issues and that the
26
    terms of the plea agreement continue to apply.
27
        3. For the foregoing reasons, and that the ends of justice are served by continuing this case,
28

    STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [XXXXXX]ORDER
    CR 05-00445-RMW
```

1 | the parties stipulate and request to a continuance of the sentencing hearing from October 15,
2 | 2007 at 9:00 a.m. to December 17, 2007 at 9:00 a.m., or the next available date.
3 | IT IS SO STIPULATED.
4 | Dated: September __, 2007                           SCOTT N. SCHOOLS
                                                        United States Attorney
5 |
6 |
7 |                                                     MARK L. KROTOSKI
                                                        Assistant United States Attorney
8 | Dated: September 13, 2007
9 |
10 |                                                    JESSE GARCIA
                                                        Attorney for defendant Patel
11 |
12 | IT IS SO ORDERED.
13 | Upon good cause shown, the sentencing hearing is continued from October 15, 2007 at 9:00
14 | a.m. to December 17, 2007 at 9:00 a.m.
15 | Dated: September 19, 2007
16 |
17 |                                                    Ronald M. Whyte
                                                        RONALD M. WHYTE
                                                        United States District Judge
18 | Distribute To:
19 | Jesse J. Garcia
      Garcia, Schnayerson & Mockus
20 | 225 West Winton
      Suite 208
21 | Hayward, CA 94544-1219
      FAX: (510) 782-7580
22 |
23 | Mark L. Krotoski
      AUSA
24 | Computer Crime and Intellectual Property Section
      U.S. Department of Justice – Criminal Division
      1301 New York Avenue, Suite 600
25 | Washington, D.C. 20530-0016
26 | Joshua Sparks
      U.S. Probation Officer
27 | 450 Golden Gate Avenue, Suite 17-6884
      San Francisco, CA 94102
28 |

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [XXXXXX] ORDER
CR 05-00445-RMW                           Page 2 of 2