SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

MARK L. KROTOSKI (CASBN 138549)
Assistant U.S. Attorney

1301 New York Avenue, Suite 600
Washington, D.C.  20530-0016
Telephone: (202) 307-6389
Facsimile: (202) 514-6113
E-Mail: Mark.Krotoski@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 12/13/07*

| UNITED STATES OF AMERICA, | ) | No. CR 05-00445-RMW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| v. | ) | SENTENCING HEARING |
| | ) | AND ORDER |
| CHIRAYU PATEL, | ) | |
| aka nebula, aka nebwrk, aka aluben, | ) | |
| aka notneb, aka aluben, | ) | |
| | ) | |
| Defendant. | ) | |

It is hereby stipulated and agreed between defendant Chirayu Patel, by and through his counsel of record, Jessie Garcia, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

1. This matter is presently set for a sentencing hearing on December 17, 2007 at 9:00 a.m.

2. The parties agree that further time is needed to address sentencing issues and that the terms of the plea agreement continue to apply.

3. For the foregoing reasons, and that the ends of justice are served by continuing this case,

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [xxxxxxxxxx] ORDER
CR 05-00445-RMW

| | |
|---|---|
| 1 | the parties stipulate and request to a continuance of the sentencing hearing from December 17, |
| 2 | 2007 at 9:00 a.m. to ~~xxxxxxxxxxxxx~~ March 24, 2008 2008 at 9:00 a.m., or the next available date.  Government |
| 3 | counsel requests permission to appear telephonically during the hearing. |
| 4 |     IT IS SO STIPULATED. |
| 5 | Dated: November 19, 2007                               SCOTT N. SCHOOLS |
|   |                                                         United States Attorney |
| 6 |  |
| 7 |                                                         /s/ |
| 8 |                                                         _____ |
|   |                                                         MARK L. KROTOSKI |
|   |                                                         Assistant United States Attorney |
| 9 |  |
| 10 | Dated: November 19, 2007 |
| 11 |                                                         /s/ |
| 12 |                                                         _____ |
|   |                                                         JESSE GARCIA |
|   |                                                         Attorney for defendant Patel |
| 13 |     IT IS SO ORDERED. |
| 14 |     Upon good cause shown, the sentencing hearing is continued from December 17, 2007 at |
| 15 | 9:00 a.m. to ~~xxxxxxxxxxxxxx~~ March 24, 2008 08 at 9:00 a.m.  Government counsel may appear telephonically |
| 16 | during the hearing. |
| 17 | Dated: ~~xxxxxxxxxx~~ December 13, 2007 |
| 18 |  |
| 19 |                                                         *Ronald M. Whyte* |
|   |                                                         _____ |
|   |                                                         RONALD M. WHYTE |
|   |                                                         United States District Judge |

1 | the parties stipulate and request to a continuance of the sentencing hearing from December 17,
2 | 2007 at 9:00 a.m. to [xxxxxxxxxxxxxxxx March 24, 2008] at 9:00 a.m., or the next available date. Government
3 | counsel requests permission to appear telephonically during the hearing.
4 | IT IS SO STIPULATED.
5 | Dated: November 13, 2007

SCOTT N. SCHOOLS
United States Attorney

/s/ Mark L. Krotoski

MARK L. KROTOSKI
Assistant United States Attorney

9 | Dated: November 13, 2007

/s/ Jesse Garcia

JESSE GARCIA
Attorney for defendant Patel

13 | IT IS SO ORDERED.

Upon good cause shown, the sentencing hearing is continued from December 17, 2007 at 9:00 a.m. to [xxxxxxxxxxxxxx March 24, 2008] 2007 at 9:00 a.m. Government counsel may appear telephonically during the hearing.

Dated: November ___, 2007

RONALD M. WHYTE
United States District Judge

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [xxxxxxxxxx] ORDER
CR 05-00445-RMW                    Page 2 of 3

| | |
|---|---|
| 1 | Distribute To: |
| 2 | |
| 3 | Jesse J. Garcia<br>Garcia, Schnayerson & Mockus<br>225 West Winton |
| 4 | Suite 208<br>Hayward, CA 94544-1219 |
| 5 | FAX: (510) 782-7580 |
| 6 | Mark L. Krotoski |
| 7 | AUSA<br>Computer Crime and Intellectual Property Section<br>U.S. Department of Justice – Criminal Division |
| 8 | 1301 New York Avenue, Suite 600<br>Washington, D.C. 20530-0016 |
| 9 | |
| 10 | Joshua Sparks<br>U.S. Probation Officer<br>450 Golden Gate Avenue, Suite 17-6884 |
| 11 | San Francisco, CA  94102 |
| 12 | |
| ... | |
| 28 | |

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND xxxxxxxxxxx ORDER
CR 05-00445-RMW                     Page 3 of 3