

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

2
   
   BRIAN STRETCH (CSBN 163973)
3  Chief, Criminal Division

                                                    RICHARD W. WIEKING
4  MARK L. KROTOSKI (CASBN 138549)                       CLERK
   Assistant U.S. Attorney                          U.S. DISTRICT COURT
5                                                    NO. DIST OF CA/S.J

6  1301 New York Avenue, Suite 600
   Washington, D.C. 20530-0016
7  Telephone: (202) 307-6389
   Facsimile: (202) 514-6113
8  E-Mail: Mark.Krotoski@usdoj.gov

9  Attorneys for Plaintiff
                                                    *E-FILED - 2/12/08*
10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                    SAN JOSE DIVISION

14

15 UNITED STATES OF AMERICA,          )   No. CR 05-00445-RMW
                                      )
16      Plaintiff,                    )
                                      )   STIPULATION TO CONTINUE
17 v.                                 )   SENTENCING HEARING
                                      )   AND ORDER
18 CHIRAYU PATEL,                     )
      aka nebula, aka nebwrk, aka aluben,  )
19    aka notneb, aka aluben,         )
                                      )
20      Defendant.                    )
   _____)

21      It is hereby stipulated and agreed between defendant Chirayu Patel, by and through his

22 counsel of record, Jessie Garcia, Esq., and the United States, by and through Assistant United

23 States Attorney Mark L. Krotoski, as follows:

24      1. This matter is presently set for a sentencing hearing on February 25, 2008 at 9:00 a.m.

25      2. The parties agree that further time is needed to address sentencing issues and that the

26 terms of the plea agreement continue to apply.

27      3. For the foregoing reasons, and that the ends of justice are served by continuing this case,

28

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [XXXXXXXX] ORDER
CR 05-00445-RMW

the parties stipulate and request to a continuance of the sentencing hearing from February 25, 2008 at 9:00 a.m. to April 28, 2008 at 9:00 a.m., or the next available date. Government counsel requests permission to appear telephonically during the hearing.

IT IS SO STIPULATED.

Dated: January 28, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

/s/

_____
MARK L. KROTOSKI
Assistant United States Attorney

Dated: January 28, 2008

/s/

_____
JESSE GARCIA
Attorney for defendant Patel

IT IS SO ORDERED.

Upon good cause shown, the sentencing hearing is continued from February 25, 2008 at 9:00 a.m. to April 28, 2008 at 9:00 a.m. Government counsel may appear telephonically during the hearing. Final continuance.

Dated: xxxxxxxxx , 2008
February 12,

*Ronald M. Whyte*
_____
RONALD M. WHYTE
United States District Judge

1 | the parties stipulate and request to a continuance of the sentencing hearing from February 25,

2 | 2008 at 9:00 a.m. to April 28, 2008 at 9:00 a.m., or the next available date. Government counsel

3 | requests permission to appear telephonically during the hearing.

4 |     IT IS SO STIPULATED.

5 | Dated: January 28, 2008                   JOSEPH P. RUSSONIELLO
  |                                          United States Attorney

6 |

7 |

8 |                                     MARK L. KROTOSKI
  |                                     Assistant United States Attorney

9 |

10 | Dated: January 28, 2008

11 |

12 |                                   JESSE GARCIA
   |                                   Attorney for defendant Patel

13 |     IT IS SO ORDERED.

14 |     Upon good cause shown, the sentencing hearing is continued from February 25, 2008 at 9:00

15 | a.m. to April 28, 2008 at 9:00 a.m. Government counsel may appear telephonically during the

16 | hearing.

17 | Dated: January __, 2008

18 |

19 |                                   RONALD M. WHYTE
   |                                   United States District Judge

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

    STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND xxxxxxxxxxx ORDER
    CR 05-00445-RMW                   Page 2 of 3

Distribute To:

Jesse J. Garcia
Garcia, Schnayerson & Mockus
225 West Winton
Suite 208
Hayward, CA 94544-1219
FAX: (510) 782-7580

Mark L. Krotoski
AUSA
Computer Crime and Intellectual Property Section
U.S. Department of Justice – Criminal Division
1301 New York Avenue, Suite 600
Washington, D.C. 20530-0016

Joshua Sparks
U.S. Probation Officer
450 Golden Gate Avenue, Suite 17-6884
San Francisco, CA 94102